## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:    BRENDA GAIL GREEN                          CASE NO: 09-07079
                                                      CHAPTER 13

         DEBTORS(S)                                   JUDGE:   JANET S BAER

                                          NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**    OCWEN LOAN SERVICING LLC

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0003 | 8236 ARRS 12400VINCE | $ 15,215.59 | $ 12,779.68 | $ 12,779.68 |

| Total Amount Paid the Trustee | | | | $ 12,779.68 |
|---|---|---|---|---|

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 29th day of   August, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| BRENDA GAIL GREEN<br>34 SYCAMORE CT<br>CALUMET CITY IL 60409 | KAPLAN BANKRUPTCY FIRM LLC<br>55 E JACKSON BLVD # 650<br>CHICAGO IL 606040000 |

Addtional Creditors

OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH FL 33409

Mortgage Arrearage Creditor

OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH FL 33416

Electronic Service US Trustee

Date: August 29, 2012              /s/ Tom Vaughn

                                    Tom Vaughn, Chapter 13 Trustee
                                    Chapter 13 Trustee
                                    55 East Monroe Street, Suite 3850
                                    Chicago, Ill   60603